IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
for Danville
AUG 10 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

JOSIE DODSON,                          )   CASE NO. 4:06CV00016
                                       )
              Plaintiff,               )
v.                                     )   REPORT AND RECOMMENDATION
                                       )
JO ANNE B. BARNHART, Commissioner      )   By:  B. Waugh Crigler
of Social Security,                    )        U. S. Magistrate Judge
                                       )
              Defendant.               )

For the reasons set forth in the Commissioner's August 9, 2006 motion for remand, it is

RECOMMENDED

that the presiding District Judge GRANT defendant's motion and REMAND the case.

The Clerk is directed immediately to transmit the record in this case to the presiding United

States District Judge.  Both sides are reminded that pursuant to Rule 72(b) they are entitled to note

objections, if any they may have, to this Report and Recommendation within ten (10) days hereof.

Any adjudication of fact or conclusion of law rendered herein by the undersigned not specifically

objected to within the period prescribed by law may become conclusive upon the parties.  Failure to

file specific objections pursuant to 28 U.S.C. § 636(b)(1)(C) as to factual recitations or findings as

well as to the conclusions reached by the undersigned may be construed by any reviewing court as a

waiver of such objection.

The Clerk of the Court hereby is directed to send a certified copy of this Report and

Recommendation to all counsel of record.

              ENTERED:

                                       _____
                                       United States Magistrate Judge

                                       8/10/06
                                       _____
                                       Date